# CONSUMER LITIGATION ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW
A PROFESSIONAL CORPORATION

**HAMPTON ROADS OFFICE:**
12515 Warwick Blvd. • Suite 100
Newport News, Virginia 23606

**NORTHERN VIRGINIA OFFICE:**
1800 Diagonal Rd. • Suite 600
Alexandria, Virginia 22314

Matthew J. Erausquin, Esq.
matt@clalegal.com
(703) 273-7770 Phone
(888) 892-3512 Facsimile

REPLY TO: NORTHERN VIRGINIA OFFICE

September 21, 2011

**VIA FEDERAL EXPRESS**
Fernando Galindo, Clerk
United States District Court
Norfolk Division
600 Granby Street
Norfolk, VA 23510

Re:   *Christian Andrade, et als. v. Shapiro & Burson, et al.*

Dear Mr. Galindo:

Please find enclosed the original Complaint for filing with regard to the above referenced matter, an additional copy to be date stamped and returned in the enclosed postage pre-paid envelope, as well as a copy for each Defendant. I have also enclosed a check in the amount of $350.00 to cover the filing fee. Thank you for your assistance with this matter, and if you have any questions, please do not hesitate to contact me.

Respectfully,

Matthew J. Erausquin /jem

Matthew J. Erausquin

Enclosures: a/s
MJE/jem