BS -DEM   Document 3   Filed 09/22/11   P

```
Court Name: United States District Court
Division: 2
Receipt Number: 24683012996
Cashier ID: tlevinso
Transaction Date: 09/22/2011
Payer Name: CONSUMER LITIGATION ASSOCIAT
IE
----------------------------------
CIVIL FILING FEE
 For: CONSUMER LITIGATION ASSOCIATIE
 Amount:       $350.00
----------------------------------
CHECK
 Check/Money Order Num: 7864
 Amt Tendered: $350.00
----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CONSUMER LITIGATION ASSOCIATES

2:11cv523
```