# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **CHRISTIAN ANDRADE, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:11-CV-523 RBS-DEM** |
| ) | |
| **SHAPIRO & BURSON, LLP, and** ) | |
| **PROFESSIONAL FORECLOSURE** ) | |
| **CORPORATION OF VIRGINIA** ) | |
| ) | |
| **Defendant.** ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Professional Foreclosure Corporation of Virginia, in the above captioned action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

SHAPIRO & BURSON, LLP
PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA
Defendants, by counsel

By:   /s/ Bizhan Beiramee
Bizhan Beiramee, Esquire, VSB #50918
BIZHAN BEIRAMEE, ESQUIRE, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2011, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esq.
>Leonard A. Bennett, Esq.
>CONSUMER LITIGATION ASSOCIATES P.C
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Phone: (703) 273-7770; Fax: (888) 892-3512
>matt@clalegal.com
>lenbennett@clalegal.com
>Counsel for the Plaintiffs
>
>Dale W. Pittman, Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>Tel: (804) 861-6000; Fax: (804) 861-3368
>dale@pittmanlawoffice.com
>Counsel for the Plaintiffs
>
>Kristi Cahoon Kelly, Esq.
>SUROVELL, ISSACS, PETERSEN & LEVY, PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>Tel: (703) 277-9774; Fax: (703) 591-9285
>kkelly@siplfirm.com
>Counsel for the Plaintiffs
>
>By: /s/ Bizhan Beiramee
>Bizhan Beiramee, Esquire (VSB # 50918)
>Bizhan Beiramee, Esquire, P.C.
>6663 B Old Dominion Drive, 3rd Floor
>McLean, Virginia 22101
>Phone: (703) 483-9600; Fax: (703) 483-9599
>Email: bbeiramee@beiramee.com
>*Counsel for the Defendants*

4843-3538-8941, v. 1