IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CHRISTIAN ANDRADE, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-523 RBS-DEM |
| | ) |
| SHAPIRO & BURSON, LLP, and | ) |
| PROFESSIONAL FORECLOSURE | ) |
| CORPORATION OF VIRGINIA | ) |
| | ) |
| Defendant. | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Shapiro & Burson, LLP, in the above captioned action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

SHAPIRO & BURSON, LLP
PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA
Defendants, by counsel


By:   /s/ Bizhan Beiramee
Bizhan Beiramee, Esquire, VSB #50918
BIZHAN BEIRAMEE, ESQUIRE, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Phone: (703) 483-9600
Fax:    (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2011, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esq.
>Leonard A. Bennett, Esq.
>CONSUMER LITIGATION ASSOCIATES P.C
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Phone: (703) 273-7770; Fax: (888) 892-3512
>matt@clalegal.com
>lenbennett@clalegal.com
>Counsel for the Plaintiffs
>
>Dale W. Pittman, Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>Tel: (804) 861-6000; Fax: (804) 861-3368
>dale@pittmanlawoffice.com
>Counsel for the Plaintiffs
>
>Kristi Cahoon Kelly, Esq.
>SUROVELL, ISSACS, PETERSEN & LEVY, PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>Tel: (703) 277-9774; Fax: (703) 591-9285
>kkelly@siplfirm.com
>Counsel for the Plaintiffs
>
>By: /s/ Bizhan Beiramee
>Bizhan Beiramee, Esquire (VSB # 50918)
>Bizhan Beiramee, Esquire, P.C.
>6663 B Old Dominion Drive, 3rd Floor
>McLean, Virginia 22101
>Phone: (703) 483-9600; Fax: (703) 483-9599
>Email: bbeiramee@beiramee.com
>*Counsel for the Defendants*

4848-3909-8637, v. 1