# EXHIBIT B

TAX MAP # 0532 06140072                                         S&B#: 10-194513D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>CHRISTIAN R. ANDRADE AND MARCO A. FERNANDEZ AND MARIA DEL MAR VACA-DIEZ</u>, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>January 18, 2008</u>, and recorded among the land records of the <u>COUNTY OF FAIRFAX</u>, Virginia, as Instrument number / Deed Book <u>19756 AT PAGE 1224 RECORDED JANUARY 25, 2008</u>, the said "Original Grantor(s)" conveyed to <u>ROBERT JONES</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

[Ex. B-1]   1

WITNESS the following signature dated _May 13_, 2011.

        NOTEHOLDER: BAC HOME LOANS SERVICING, LP FKA
        COUNTRYWIDE HOME LOANS SERVICING, LP  BY ITS
        ATTORNEY-IN-FACT

(Seal)    By: _[signature]_
        Name: Leanna Kennebeck
        Title: Attorney-in-Fact

STATE OF      )     Virginia
COUNTY OF  ) SS.  Fairfax

On _May 13, 2011_, before me, _Jennifer Lynn Holtzman_ personally appeared _Leanna Kennebeck_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

        Witness my hand and official seal.

(Seal)    _[signature]_
        Notary Public
        My Commission expires:

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
        Fairfax, Virginia 22033

File 10-194513D

[Ex. B-2] 2

2009092300092663
Prince William County, VA  Pgs: 2
09/23/2009  2:18:11PM
Michele B. McQuigg, Clerk

TAX MAP # 8094-90-1596

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>CAMILLE BARNETT</u>, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>November 14, 2005</u>, and recorded among the land records of the <u>COUNTY OF PRINCE WILLIAM</u>, Virginia, as Instrument number <u>200511210200718 RECORDED NOVEMBER 21, 2005</u>, the said "Original Grantor(s)" conveyed to <u>SAMUEL WHITE</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

PREPARED BY: SHAPIRO & BURSON, LLP
13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

1 of 2

[Ex. B-3]

WITNESS the following signature dated July 8, 2009.

NOTEHOLDER: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

(Seal)

By: _____
Name: Tracy Johnson
Title: AVP

STATE OF Florida )
COUNTY OF Duval ) SS.

On 7/8/09, before me, Viviana Waldrop, personally appeared Tracy Johnson personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

VIVIANA WALDROP
MY COMMISSION # DD 540295
EXPIRES: July 23, 2010
1-800-3-NOTARY   FL Notary Discount Assoc Co.

Viviana Waldrop
Notary Public
My Commission expires:

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

File 09-160403V

2 of 2

[Ex. B-4]

TAX MAP # 0791-12-0102                                                       S&B#: 09-161649D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are JAMES W. COYNE AND KATHLEEN T. COYNE, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated November 9, 1987, and recorded among the land records of the COUNTY OF FAIRFAX, Virginia, as BOOK 6895 AT PAGE 1995 RECORDED NOVEMBER 16, 1987, the said "Original Grantor(s)" conveyed to BRANCH H. DANIELS, JR., the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustees the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

PREPARED BY: SHAPIRO & BURSON, LLP                                               1 of 2
13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

Grantor: COYNE, JAMES W.                     Grantee: PROFESSIONAL FOR
DateTime: 11/12/2009 15:08:55                Instrument: 2009037273 005
Book/Page: 20783/1977                        # of Pages: 3
Recorded in FAIRFAX CIRCUIT COURT

TESTE: JOHN T. FREY

[Ex. B-5]

WITNESS the following signature dated July 15, 2009.

NOTEHOLDER: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

(Seal)

By: _____
Name: Amy Weis
Title: Attorney in Fact

STATE OF MN )
COUNTY OF Dakota ) SS.

On 7/15/09, before me, Shoua Moua, personally appeared Amy Weis personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Seal) [SHOUA MOUA NOTARY PUBLIC - MINNESOTA MY COMMISSION EXPIRES JAN. 31, 2012]

Notary Public
My Commission expires: 1/31/12

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

File 09-161645D

2 of 2

[Ex. B-6]

TAX MAP # 8392-78-5984    S&B#: 11-211627D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>NATIONSTAR MORTGAGE, LLC</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>PATRICE LONGSHAW</u>, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>May 31, 2007</u>, and recorded among the land records of the <u>COUNTY OF PRINCE WILLIAM</u>, Virginia, as Instrument number / Deed Book <u>200706010065925 RECORDED JUNE 1, 2007</u>, the said "Original Grantor(s)" conveyed to <u>CHARLES B. THOMAS</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

[Ex. B-7]

WITNESS the following signature dated  March 1, 2011.

NOTEHOLDER: NATIONSTAR MORTGAGE, LLC

(Seal)

By: _____
Name: Leanna Kennebeck
Title: Attorney In Fact

STATE OF           ) Virginia
COUNTY OF        ) SS.  Fairfax

On March 1 2011, before me, Jennifer Lynn Holtzman, personally appeared Leanna Kennebeck personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Seal)

_____
Notary Public
My Commission expires:

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

File 11-211627D

[Ex. B-8]

TAX MAP # 059.02-03-49                      S&B#: 10-193472D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, BANK OF AMERICA, N.A. is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are MONICA ROMERO, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated December 31, 2004, and recorded among the land records of the CITY OF ALEXANDRIA, Virginia, as Instrument number 050001269 RECORDED JANUARY 13, 2005, the said "Original Grantor(s)" conveyed to PRLAP, INC. the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

[Ex. B-9]

WITNESS the following signature dated _August 3_, 2010.

NOTEHOLDER: BANK OF AMERICA, N.A.

(Seal)

By: _____
Name: Lance Bell - Vice President
Title:

STATE OF Texas )
COUNTY OF Tarrant ) SS.

On _August 3, 2010_, before me, _Stephanie Rivera_, personally appeared _Lance Bell - Vice President_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

STEPHANIE RIVERA
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-12-14

_Stephanie Rivera_
Notary Public
My Commission expires: 2-12-14

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

File 10-193472D

[Ex. B-10]

TAX MAP # 0653 03 0021                                             S&B#: 10-193319D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>CHASE HOME FINANCE LLC</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>DONNIE SUNBO SHIM</u>, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>May 19, 2008</u>, and recorded among the land records of the <u>COUNTY OF FAIRFAX</u>, Virginia, as <u>DEED BOOK 19942 AT PAGE 0186 RECORDED MAY 20, 2008</u>, the said "Original Grantor(s)" conveyed to <u>MICHELLE SLATTERY AND WENDY NORWOOD</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

Grantor: SHIM, DONNIE SUN
DateTime: 05/07/2010 08:41:54
Book/Page: 21228/0913
Recorded in FAIRFAX CIRCUIT COURT
TESTE: JOHN T. FREY

Grantee: PROFESSIONAL FOR
Instrument: 2010030009.002
# of Pages: 3

[Ex. B-11]

WITNESS the following signature dated ___July 23___, 2010.

NOTEHOLDER: CHASE HOME FINANCE LLC

(Seal)

By: _____
Name: LEANNA KENNEBECK
Title: ATTORNEY-IN-FACT

STATE OF ) VIRGINIA
COUNTY OF ) SS. FAIRFAX

On ___7/23/10___, before me, Nathan Asher Anolik, personally appeared Leanna Kennebeck personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Seal)

_____
Notary Public
My Commission expires: 5/31/11

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

7090108
5-31-11

[Ex. B-12]

TAX MAP # 0353 05 0346                                              S&B#: 10-197880D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>REGIONS BANK DBA REGIONS MORTGAGE, SUCCESSOR BY MERGER TO UNION PLANTERS BANK, NA,</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>HYUN S. SONG AND MYUNG H. SONG,</u> GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>May 23, 2003,</u> and recorded among the land records of the <u>COUNTY OF FAIRFAX,</u> Virginia, as Deed Book <u>14531 AT PAGE 0027 RECORDED JUNE 2, 2003,</u> the said "Original Grantor(s)" conveyed to <u>JOHN BURSON OF ARLINGTON COUNTY AND WILLIAM SAVAGE OF FAIRFAX COUNTY</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

[Ex. B-13]

WITNESS the following signature dated **Dec 20**, 2010.

NOTEHOLDER: REGIONS BANK DBA REGIONS MORTGAGE, SUCCESSOR BY MERGER TO UNION PLANTERS BANK, NA.

(Seal)

By: *Debbie Fly*
Name: DEBBIE FLY
Title: Asst Vice President

STATE OF TENNESSEE
COUNTY OF Shelby ) SS.

On **December 20, 2010** before me, **Joyce A. Hunt**, personally appeared **Debbie Fly** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Seal) [JOYCE A HUNT, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

*Joyce A. Hunt*
Notary Public
My Commission expires: **February 23, 2014**

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

File 10-197880D

[Ex. B-14]

TAX MAP # 8092-21-6065                                          S&B#: 11-212224D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>ONEWEST BANK, FSB</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>FREDDIE L. THOMPSON</u>, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>October 23, 2007,</u> and recorded among the land records of the <u>COUNTY OF PRINCE WILLIAM</u>, Virginia, as Instrument number <u>200711010120883 RECORDED NOVEMBER 1, 2007,</u> the said "Original Grantor(s)" conveyed to <u>ANDREW H. GOODMAN</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

[Ex. B-15]

WITNESS the following signature dated ___February 14th___, 2011.

NOTEHOLDER: ONEWEST BANK, FSB

(Seal)

By: _/s/ Katherine Braddock_
Name: Katherine Braddock
Title: Assistant Secretary

STATE OF   Texas    )
COUNTY OF Travis  ) SS.

On ___FEB 1 4 2011___, before me, __Monique M. Queen__, personally appeared ___Katherine Braddock___ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

(Seal)  [Notary Stamp: MONIQUE MCQUEEN, NOTARY PUBLIC STATE OF TEXAS, 06-09-2012]

_/s/ MMQ_
Notary Public
My Commission expires: 6-9-2012

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

File 11-212224D

TAX MAP # 0543 08 0011A                                    S&B#: 09-154898D

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>MARK WHIPPLE</u>, GRANTOR(S) for recordation; And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>May 16, 2005</u>, and recorded among the land records of the <u>COUNTY OF FAIRFAX</u>, Virginia, as Deed Book <u>17318 AT PAGE 0392 RECORDED MAY 25, 2005</u>, the said "Original Grantor(s)" conveyed to <u>SAMUEL I. WHITE, P.C.</u> the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

Grantor: WHIPPLE, MARK
DateTime: 04/23/2010 10:03:45
Book/Page: 21258/0458
Recorded in FAIRFAX CIRCUIT COURT
TESTE: JOHN T. FREY

Grantee: PROFESSIONAL FOR
Instrument: 20100329811.008
# of Pages: 3

[Ex. B-17]

WITNESS the following signature dated _August 3_, 2010.

NOTEHOLDER: BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

(Seal)

By: _[signature]_
Name: LEANNA KENNEBECK
Title: ATTORNEY-IN-FACT

STATE OF ) 
VIRGINIA
COUNTY OF ) SS.
FAIRFAX

On _8/3/10_, before me, NATHAN ASHER ANOLIK, personally appeared LEANNA KENNEBECK personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_[signature]_

(Seal)

Notary Public
My Commission expires:

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033

7090l08
5-31-11

[Ex. B-18]