# EXHIBIT C

COPY

CONSIDERATION: $382,348.16
ASSESSED VALUE: $271,820.00

S & B No. 10-194513D

## TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 16th day of August, 2011, by and between **PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA**, Substitute Trustee, a Virginia Corporation, whose address is c/o Shapiro & Burson, LLP, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Grantor; and **FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION**, Grantee, whose principal office and Post Office Address is P.O. BOX 650043, Dallas, TX 75265-0043, the original Deed of Trust Maker(s) being **CHRISTIAN R. ANDRADE AND MARCO A. FERNANDEZ AND MARIA DEL MAR VACA-DIEZ**, grantors herein for recordation purposes.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated January 18, 2008, and duly recorded in the Office of the Clerk of the Circuit Court of the COUNTY OF FAIRFAX, as Deed Book/Instrument Number 19756 AT PAGE 1224 RECORDED JANUARY 25, 2008, CHRISTIAN R. ANDRADE AND MARCO A. FERNANDEZ AND MARIA DEL MAR VACA-DIEZ did grant and convey the property described hereinafter to ROBERT JONES, Trustee(s), in trust to secure the payment of the original principal sum of $348,000.00, with interest thereon as stated in said Deed of Trust; and

WHEREAS, PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA has been appointed by instrument duly recorded in the Clerk's Office of the Circuit court of the COUNTY OF FAIRFAX, Virginia, as Substitute Trustee, to execute the Deed in accordance with the terms thereof to the same extent as if it had been originally designated as such Trustee; and

WHEREAS, said Deed of Trust provides that upon default in the payment of interest or principal secured by said Deed of Trust, or upon breach of any covenant therein contained, obligatory upon the makers thereof, the Trustees, upon request of the creditor secured thereby, shall sell the said property at public auction after having first advertised the time, place and terms of said sale in a newspaper published or having general circulation in the jurisdiction aforesaid; and

WHEREAS, there was a default in the payment of the principal and interest aforesaid and at the request of the holder of said note, the grantor herein, after having advertised the time, place and terms of the said sale on JUNE 11 AND 18, 2011, in WASHINGTON POST, a newspaper having general circulation in the COUNTY OF FAIRFAX, Virginia, did offer the said property for sale and did sell the same at public auction to the highest bidder, for cash, on June 21, 2011 at 11:30 AM, on the courthouse steps at the front of the Circuit Court building for the County of Fairfax located at 4110 Chain Bridge Road, Fairfax, Virginia , notice of said sale having been given to the owners as required by statute, at which sale the Grantee herein was the highest and last bidder for the same.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

G-PIN# 0532 06140072
No Title Insurance
PREPARED BY: SHAPIRO & BURSON, LLP
13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033

EXEMPT FROM TRANSFER TAXES
PER 12 U.S. CODE SECTION 1723a(c)1

[Ex. C-1]

NOW THEREFORE, THIS DEED WITNESSETH: That for and in the consideration of the sum of TEN DOLLARS ($10.00), cash in hand, and other good and valuable consideration, by the Grantee to Professional Foreclosure Corporation of Virginia, Substitute Trustee, as aforesaid, in execution of the said Deed of Trust does hereby grant and convey with SPECIAL WARRANTY, unto the Grantee, the following described property together with all rights of ways, easements, improvements, buildings, and appurtenances, thereunto belonging, situated in the COUNTY OF FAIRFAX, Virginia, to wit:

LOT 72, SECTION 14, PHASE II, SULLY STATION, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA IN DEED BOOK 7332, AT PAGE 1031.

Commonly known as 14741 GROBIE POND LANE, Centreville, VA

WITNESS the following signature and seal of the Grantor:

PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA
SUBSTITUTE TRUSTEE

_____
Erika J. Sonstroem
VICE PRESIDENT

Commonwealth of Virginia
County of Fairfax, to wit:

I, Lisa M. Penn, a notary public for the jurisdiction aforesaid, do hereby certify that Erika J. Sonstroem, Vice President of Professional Foreclosure Corporation of Virginia, Substitute Trustee, as aforesaid, whose name is signed to the foregoing writing bearing date on 16th day of August, 2011, has this day acknowledged this instrument before me on behalf of the corporation.

Given under my hand this 16th day of August, 2011.
My Commission Expires:

_____
Notary Public

Mail Tax Statements to:
Federal National Mortgage Association
P.O. BOX 650043, Dallas, TX 75265-0043
File 10-194513D

Return to:
Shapiro & Burson, LLP
13135 Lee Jackson Highway
Fairfax, Virginia 22033

[Ex. C-2]

CONSIDERATION: $229,500.00
ASSESSED VALUE: $185,890.00

S&B#: 10-193319D

TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 14th day of September, 2010, by and between PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustee, a Virginia Corporation, whose address is c/o Shapiro & Burson, LLP, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Grantor; and FEDERAL HOME LOAN MORTGAGE CORPORATION, Grantee, whose principal office is Attn: REO Sales & Disposition, 5000 Plano Parkway, Carrollton, TX 75010 the original Deed of Trust Maker(s) being DONNIE SUNBO SHIM, grantors herein for recordation purposes.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated May 19, 2008, and duly recorded in the Office of the Clerk of the Circuit Court of the COUNTY OF FAIRFAX, as Deed Book/Instrument Number 19942 AT PAGE 0186 RECORDED MAY 20, 2008, DONNIE SUNBO SHIM did grant and convey the property described hereinafter to MICHELLE SLATTERY AND WENDY NORWOOD, Trustee(s), in trust to secure the payment of the original principal sum of $247,000.00, with interest thereon as stated in said Deed of Trust; and

WHEREAS, PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA has been appointed by instrument duly recorded in the Clerk's Office of the Circuit court of the COUNTY OF FAIRFAX, Virginia, as Substitute Trustee, to execute the Deed in accordance with the terms thereof to the same extent as if it had been originally designated as such Trustee; and

WHEREAS, said Deed of Trust provides that upon default in the payment of interest or principal secured by said Deed of Trust, or upon breach of any covenant therein contained, obligatory upon the makers thereof, the Trustees, upon request of the creditor secured thereby, shall sell the said property at public auction after having first advertised the time, place and terms of said sale in a newspaper published or having general circulation in the jurisdiction aforesaid; and

WHEREAS, there was a default in the payment of the principal and interest aforesaid and at the request of the holder of said note, the grantor herein, after having advertised the time, place and terms of the said sale on AUGUST 9 AND 16, 2010, in WASHINGTON POST, a newspaper having general circulation in the COUNTY OF FAIRFAX, Virginia, did offer the said property for sale and did sell the same at public auction to the highest bidder, for cash, on August 31, 2010 at 11:30 AM, on the courthouse steps at the front of the Circuit Court building for the County of Fairfax located at 4110 Chain Bridge Road, Fairfax, Virginia, notice of said sale having been given to the owners as required by statute, at which sale the Grantee herein was the highest and last bidder for the same.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

G-PIN# 0653 03 0021
NO TITLE INSURANCE
PREPARED BY:
SHAPIRO & BURSON, LLP
13135 Lee Jackson Highway, Suite 201
Fairfax, Virginia 22033

EXEMPT FROM TRANSFER TAXES
PER 12 U.S. CODE SECTION 1452E

PAGE 1 OF 2

Grantor: SHIM, DONNIE SUN
DateTime: 09/20/2010 09:09:01
Book/Page: 21250/2094
Recorded in FAIRFAX CIRCUIT COURT
TESTE: JOHN T. FREY

Grantee: NONE
Instrument: 2010032311 016
# of Pages: 3

[Ex. C-3]

NOW THEREFORE, THIS DEED WITNESSETH: That for and in the consideration of the sum of TEN DOLLARS ($10.00), cash in hand, and other good and valuable consideration, by the Grantee to Professional Foreclosure Corporation of Virginia, Substitute Trustee, as aforesaid, in execution of the said Deed of Trust does hereby grant and convey with SPECIAL WARRANTY, unto the Grantee, the following described property together with all rights of ways, easements, improvements, buildings and appurtenances, thereunto belonging, situated in the COUNTY OF FAIRFAX, Virginia, to wit:

LOT 21, SECTION 1, CROFTON COMMONS, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED PER DEED OF DEDICATION, SUBDIVISION, EASEMENT AND CONVEYANCE IN DEED BOOK 6389, AT PAGE 1853. AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA.

Commonly known as 14531 CASTLEFORD CT, Centreville, VA 20121

WITNESS the following signature and seal of the Grantor:

PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA
SUBSTITUTE TRUSTEE

_____
Erika J. Sonstroem
VICE PRESIDENT

Commonwealth of Virginia
County of Fairfax, to wit:

I, Monica Gatison, a notary public for the jurisdiction aforesaid, do hereby certify that Erika J. Sonstroem, Vice President of Professional Foreclosure Corporation of Virginia, Substitute Trustee, as aforesaid, whose name is signed to the foregoing writing bearing date on 14th day of September, 2010, has this day acknowledged this instrument before me on behalf of the corporation.

Given under my hand September 14, 2010
My Commission Expires: 9/30/12

_____
Notary Public

Mail Tax Statements to:
Federal Home Loan Mortgage Corporation
Attn: REO Sales & Disposition,
5000 Plano Parkway, Carrollton, TX 75010

Return to:
Shapiro & Burson, LLP
13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033
File 10-193319D

PAGE 2 OF 2

[Ex. C-4]

CONSIDERATION: $239,000.00
ASSESSED VALUE: $104,970.00

S & B No. 09-154898D

## TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made this 12th day of October, 2010, by and between **PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA**, Substitute Trustee, a Virginia Corporation, whose address is c/o Shapiro & Burson, LLP, 13135 Lee Jackson Highway, Suite 201, Fairfax, Virginia 22033, Grantor; and **FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION**, Grantee, whose principal office and Post Office Address is P.O. BOX 650043, Dallas, TX 75265-0043, the original Deed of Trust Maker(s) being **MARK WHIPPLE**, grantors herein for recordation purposes.

WITNESSETH THAT:

WHEREAS, by Deed of Trust dated May 16, 2005, and duly recorded in the Office of the Clerk of the Circuit Court of the COUNTY OF FAIRFAX, as Deed Book/Instrument Number 17318 AT PAGE 0392 RECORDED MAY 25, 2005, MARK WHIPPLE did grant and convey the property described hereinafter to SAMUEL I. WHITE, P.C., Trustee(s), in trust to secure the payment of the original principal sum of $238,400.00, with interest thereon as stated in said Deed of Trust; and

WHEREAS, PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA has been appointed by instrument duly recorded in the Clerk's Office of the Circuit court of the COUNTY OF FAIRFAX, Virginia, as Substitute Trustee, to execute the Deed in accordance with the terms thereof to the same extent as if it had been originally designated as such Trustee; and

WHEREAS, said Deed of Trust provides that upon default in the payment of interest or principal secured by said Deed of Trust, or upon breach of any covenant therein contained, obligatory upon the makers thereof, the Trustees, upon request of the creditor secured thereby, shall sell the said property at public auction after having first advertised the time, place and terms of said sale in a newspaper published or having general circulation in the jurisdiction aforesaid; and

WHEREAS, there was a default in the payment of the principal and interest aforesaid and at the request of the holder of said note, the grantor herein, after having advertised the time, place and terms of the said sale on AUGUST 26 AND SEPTEMBER 2, 2010, in WASHINGTON POST, a newspaper having general circulation in the COUNTY OF FAIRFAX, Virginia, did offer the said property for sale and did sell the same at public auction to the highest bidder, for cash, on September 17, 2010 at 10:00 AM, on the courthouse steps at the front of the Circuit Court building for the County of Fairfax located at 4110 Chain Bridge Road, Fairfax, Virginia, notice of said sale having been given to the owners as required by statute, at which sale the Grantee herein was the highest and last bidder for the same.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

G-PIN# 0543 08 0011A
No Title Insurance
PREPARED BY: SHAPIRO & BURSON, LLP
13135 Lee Jackson Highway, Suite 201
Fairfax, Virginia 22033

EXEMPT FROM TRANSFER TAXES
PER 12 U.S. CODE SECTION 1723a(c)1

[Ex. C-5]

NOW THEREFORE, THIS DEED WITNESSETH: That for and in the consideration of the sum of TEN DOLLARS ($10.00), cash in hand, and other good and valuable consideration, by the Grantee to Professional Foreclosure Corporation of Virginia, Substitute Trustee, as aforesaid, in execution of the said Deed of Trust does hereby grant and convey with SPECIAL WARRANTY, unto the Grantee, the following described property together with all rights of ways, easements, improvements, buildings, and appurtenances, thereunto belonging, situated in the COUNTY OF FAIRFAX, Virginia, to wit:

TOWNHOUSE NO. 11-A, PHASE II, THE MEADOWS, A CONDOMINIUM, IN THE ACCORDANCE WITH THE DECLARATION OF A MASTER DEED RECORDED IN DEED BOOK 3459 AT PAGE 354, AS AMENDED, AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS DESCRIBED IN THE AFORESAID MASTER DEED, AS AMENDED.

Commonly known as 14438 COOL OAK LANE, Centreville, VA 20121

WITNESS the following signature and seal of the Grantor:

PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA
SUBSTITUTE TRUSTEE

Erika J. Sonstroem
VICE PRESIDENT

Commonwealth of Virginia
County of Fairfax, to wit:

I, Monica Gatison, a notary public for the jurisdiction aforesaid, do hereby certify that Erika J. Sonstroem, Vice President of Professional Foreclosure Corporation of Virginia, Substitute Trustee, as aforesaid, whose name is signed to the foregoing writing bearing date on 12th day of October, 2010, has this day acknowledged this instrument before me on behalf of the corporation.

Given under my hand this October 12, 2010.
My Commission Expires: 9/30/12

Notary Public

Mail Tax Statements to:
Federal National Mortgage Association
P.O. BOX 650043, Dallas, TX 75265-0043
File 09-154898D

Return to:
Shapiro & Burson, LLP
13135 Lee Jackson Highway, Suite 201,
Fairfax, Virginia 22033

[Ex. C-6]