# EXHIBIT G

| Key demographic information as of December 8, 2011 |
|---|

### Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203

| FDIC Certificate #: | 12368 | Date Established: | 1/1/ |
| Bank Charter Class: | Federal Reserve Member | Date of Deposit Insurance: | 1/1/ |
| Primary Federal Regulator: | Federal Reserve Board | More Demographic Information | |
| Primary Internet Web Address: | http://www.regions.com:80/ | Generate History | |

Information Gateway;

**ID Report Selections:**          **Report Date:**
Assets and Liabilities ▼            September 30, 2011 ▼        [ Generate Report ]

------------------------------------------------------------More Information------------------------------------------------------------

- ⓘ Current List of Offices
- ⓘ Compare to Peer Group(s)
- ⓘ FFIEC Call/TFR Report *9/30/2011 Latest Available*
- ⓘ FFIEC Uniform Bank Performance Report (UBPR)
- ⓘ FDIC/OTS Summary of Deposits

- ⓘ Bank Holding Company Ownership and Affiliates
- ⓘ Regional Economic Conditions (FDIC RECON)
- ⓘ Organization Hierarchy from the Federal Reserve System
- ⓘ FED CRA ratings
- ⓘ Consumer Assistance from Primary Federal Regulato

Press ⓘ for description

**Back to Search Bank Find**

Your Bank at a Glance as of 12/08/2011 .

**Regions Bank** (FDIC Cert: 12368) **is FDIC Insured.**

**Regions Bank** has been FDIC insured since **January 1, 1934.**
It was established on **January 1, 1928.**
Its main office (headquarters) is located at:
    **1900 Fifth Avenue North**
    **Birmingham, Alabama 35203**
    **County of Jefferson**

**Regions Bank** has **1781** Domestic Branches (Offices) located in **16** state(s) and **3** Foreign Offices. (Check to
Branches (Offices) by state.)

Regions Bank's reported (or primary) website: http://www.regions.com:80/

**Regions Bank** is chartered as a Federal Reserve Member. Therefore the primary federal regulator is the **Federal Reserve Board (FRB)**. For **consumer assistance** regarding an issue with this institution, please contact the directly using http://www.FederalReserveConsumerHelp.gov.

Calculate your FDIC insurance coverage at Regions Bank using FDIC EDIE at www.fdic.gov/edie.
Last financial information available about Regions Bank.
Historical profile of Regions Bank.

For additional information please click on one of the following:
  1. For more information on Federal Deposit Insurance, Your Insured Deposits or Insured or Not Insured
  2. View the industry's overall picture - Statistics at a Glance
     (This will open a new window.)
  3. Current Financial data about your bank - Institution Directory – Two years Financial Report
     (This will open a new window.)
  4. Examine your bank's financial data - CALL/TFR Financial Information *9/30/2011 Latest Available*
  5. Study branching and deposit market share - Summary of Deposits/Market Share
  6. Analyze and compare individual institutions and create custom reports - Institution Directory – Compa
  7. Review industry using 8 predefined reports - Statistics on Depository Institutions
  8. Identify the latest performance trends in your state - Quarterly Banking Profile State Tables
     (This will open a new window.)
  9. Analyze institutions and custom peer groups - Statistics on Depository Institutions
  10. View branch office deposit information - Summary of Deposits
  11. Community Reinvestment Act (CRA) Performance Ratings - CRA Performance Ratings
  12. FDIC's Disclaimer - FDIC's Disclaimer