**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **CHRISTIAN ANDRADE, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:11-CV-523 RBS-DEM** |
| ) | |
| **SHAPIRO & BURSON, LLP, and** ) | |
| **PROFESSIONAL FORECLOSURE** ) | |
| **CORPORATION OF VIRGINIA** ) | |
| ) | |
| **Defendant.** ) | |

**REQUEST FOR HEARING**

Pursuant to Local Rule 7, Defendants request a hearing to argue their Motion to Dismiss the Complaint (Docket Entry No. 9).

 

Respectfully Submitted,
**SHAPIRO & BURSON, LLP
PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA**
By Counsel

By:     /s/ Bizhan Beiramee_____
Bizhan Beiramee, Esq., (VSB # 50918)
Bizhan Beiramee, Esq., P.C.
6663 B Old Dominion Drive,
Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600; Fax: (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esq.
>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>CONSUMER LITIGATION ASSOCIATES P.C
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Phone: (703) 273-7770; Fax: (888) 892-3512
>matt@clalegal.com
>lenbennett@clalegal.com
>srotkis@clalegal.com
>Counsel for the Plaintiffs
>
>Dale W. Pittman, Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>Tel: (804) 861-6000; Fax: (804) 861-3368
>dale@pittmanlawoffice.com
>Counsel for the Plaintiffs
>
>Kristi C. Kelley, Esq.,
>Scott A. Surovell, Esq.
>SUROVELL, ISSACS, PETERSEN & LEVY, PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>Tel: (703) 277-9774; Fax: (703) 591-9285
>kkelly@siplfirm.com
>Counsel for the Plaintiffs

      By: /s/ Bizhan Beiramee_____
         Bizhan Beiramee

4834-8577-7678, v. 1