UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| CHRISTIAN ANDRADE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:11cv523 |
| | ) | |
| SHAPIRO & BURSON, LLP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIIFFS' MEMORANDUM IN RESPONSE TO DEFENDANTS'
MOTION TO DISMISS AND IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COME NOW the Plaintiffs, by counsel, and for their Memorandum in Response to Defendants' Motion to Dismiss and in support of Plaintiff's Motion for Leave to File Amended Complaint, they state as follows:

Plaintiffs commenced this case with a Complaint pleading both Federal claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, et seq., as well as multiple supplemental state law claims. Defendants filed a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and devoted the major part of its brief to the state law claims. Whether or not these claims could or would survive such motion, they are ancillary or secondary to the Plaintiff's primary claims – those prosecuted as Counts I through VIII of the original Complaint and brought under the FDCPA.

Accordingly, Plaintiffs move the Court for leave to file their First Amended Complaint, and to moot Defendants' Motion without prejudice to, as they determine appropriate, refile as to the FDCPA claims within the more limited First Amended Complaint. Defendants will not only not suffer prejudice, as the case has just commenced and this is the first amendment, but in fact

they will benefit from the opportunity as they deem necessary to prosecute a focused motion more extensively addressing the Plaintiff's primary (and now only) claims.

**CHRISTIAN ANDRADE, et al,,**

_____/s/_____
Leonard A. Bennett (VSB #37523)
Matthew J. Erausquin (VSB # 65434)
CONSUMER LITIGATION ASSOCIATES P.C
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com
matt@clalegal.com

Matthew J. Erausquin, VSB# 65434
Leonard A. Bennett, VSB# 37523
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:	(703) 273-7770
Fax:	(888) 892-3512
matt@clalegal.com
lenbennett@clalegal.com

Dale W. Pittman, VSB# 15673
*Counsel for the Plaintiffs*
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel:	(804) 861-6000
Fax:	(804) 861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, VSB# 72791
*Counsel for the Plaintiffs*
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200

Fairfax, VA 22030
Tel:    (703) 277-9774
Fax:    (703) 591-9285
kkelly@siplfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Bizhan Beiramee, Esquire (VSB # 50918)
Bizhan Beiramee, Esquire, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Email: bbeiramee@beiramee.com

*Counsel for Defendant*

_____/s/_____
Leonard A. Bennett (VSB #37523)
Matthew J. Erausquin (VSB # 65434)
CONSUMER LITIGATION ASSOCIATES P.C
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
lenbennett@clalegal.com
matt@clalegal.com