**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CHRISTIAN ANDRADE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:11cv523 |
| ) | |
| SHAPIRO & BURSON, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO TRANSFER VENUE AND TO CONSOLIDATE**

Plaintiffs, by counsel, file this motion to transfer venue to the Newport News Division of the Eastern District of Virginia and to consolidate this case with *Moore, et al. v. Shapiro & Burson, LLP*, Civil No. 4:11-cv-122 (E.D. Va. 2011) therein for the reasons delineated in their memorandum filed contemporaneously herewith.

Respectfully submitted,
**PLAINTIFFS ANDRADE, *et al.***

_____/s/_____
Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:   888-892-3512
matt@clalegal.com

Leonard A. Bennett, VSB#37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Tel:    757-930-3660
Fax:   757-930-3662
lenbennett@cox.net
srotkis@clalegal.com

Dale W. Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Tel:    804-861-6000
Fax:    804-861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, VSB#72791
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel:    703-251-5400
Fax:    703-591-9285
kkelly@smillaw.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of February 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Bizhan Beiramee
Bizhan Beiramee, Esquire, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Tel:    703-483-9600
Fax:    703-483-9599
bbeiramee@beiramee.com

*Counsel for Defendants*

                                                                /s/
                                      Matthew J. Erausquin, VSB#65434
                                      *Counsel for the Plaintiffs*
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      1800 Diagonal Road, Suite 600
                                      Alexandria, VA  22314
                                      Tel:    703-273-7770
                                      Fax:    888-892-3512
                                      matt@clalegal.com