**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

**CHRISTIAN ANDRADE,** *et al*,

    **Plaintiffs,**

                                              Civil Action No. 2:11cv523

    **v.**

**LAW OFFICES OF SHAPIRO &**
**BURSON, LLP,** *et al,*

    **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of John C. Lynch on behalf of Defendant Law Offices of Shapiro & Burson, LLP, as counsel herein for all purposes in this matter.

Dated:  March 5, 2012                                Respectfully Submitted,

                                                         **LAW OFFICES OF SHAPIRO &**
                                                         **BURSON, LLP**

                                                         By:     /s/ John C. Lynch
                                                                              Of Counsel

John C. Lynch (VSB No. 39267)
*Counsel for Defendant Law Offices of Shapiro & Burson, LLP*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
Facsimile: (757) 687-1542
E-mail: john.lynch@troutmansanders.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CHRISTIAN ANDRADE,** *et al***,**

    **Plaintiff,**

    v.                                                       Civil Action No. 2:11cv523

**LAW OFFICES OF SHAPIRO &**
**BURSON, LLP,** *et al***,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to the following CM/ECF participants:

**Counsel for Plaintiff:**

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

Susan M. Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: srotkis@clalegal.com


Dale W. Pittman
The Law Office of Dale W. Pittman
The Eliza Spottswood House
112-A West Tabb Street
Petersburg, VA 23803
E-mail: dale@pittmanlawoffice.com

**Co-Counsel for Defendant:**

Bizhan Beiramee
Bizhan Beiramee, Esq., P. C.
6663 B Old Dominion Dr
Third Floor
McLean, VA 22101
Email: bbeiramee@beiramee.com


   /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant Law Offices of Shapiro & Burson, LLP*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com