## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**CHRISTIAN ANDRADE,** *et al*,

       **Plaintiffs,**

                                     **Civil Action No. 2:11cv523**

   **v.**

**LAW OFFICES OF SHAPIRO &**
**BURSON, LLP,** *et al,*

       **Defendants.**

### NOTICE OF APPEARANCE

PLEASE NOTE the appearance of John C. Lynch on behalf of Defendant Professional

Foreclosure Corporation of Virginia, as counsel herein for all purposes in this matter.


Dated:  March 13, 2012                       Respectfully Submitted,

                                      **PROFESSIONAL FORECLOSURE**
                                      **CORPORATION OF VIRGINIA**

                                      By:    /s/ John C. Lynch
                                                   Of Counsel

John C. Lynch (VSB No. 39267)
*Counsel for Defendant Professional Foreclosure Corporation of Virginia*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
Facsimile: (757) 687-1542
E-mail: john.lynch@troutmansanders.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**CHRISTIAN ANDRADE,** *et al*,

      **Plaintiff,**

                                              **Civil Action No. 2:11cv523**

    **v.**

**LAW OFFICES OF SHAPIRO &**
**BURSON, LLP,** *et al,*

      **Defendant.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2012, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to the

following CM/ECF participants:

#### Counsel for Plaintiff:

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030
Email: kkelly@smillaw.com

Leonard A. Bennett
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin
Consumer Litigation Assoc PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
E-mail: matt@clalegal.com

431340v1

Susan M. Rotkis
Consumer Litigation Assoc PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
E-mail: srotkis@clalegal.com


Dale W. Pittman
The Law Office of Dale W. Pittman
The Eliza Spottswood House
112-A West Tabb Street
Petersburg, VA 23803
E-mail: dale@pittmanlawoffice.com

**Co-Counsel for Defendants:**

Bizhan Beiramee
Bizhan Beiramee, Esq., P. C.
6663 B Old Dominion Dr
Third Floor
McLean, VA 22101
Email: bbeiramee@beiramee.com


    /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
*Counsel for Defendant Professional*
*Foreclosure Corporation of Virginia*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com