IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CHRISTIAN ANDRADE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:11cv523 |
| ) | |
| SHAPIRO & BURSON, LLP, *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiffs, and hereby enters her appearance in this matter.

Respectfully submitted,
**CHRISTIAN ANDRADE,** *et al.*


_____/s/_____
Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:     703-273-7770
Fax:    888-892-3512
janelle@clalegal.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of April, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Bizhan Beiramee
Beiramee & Cohen PC
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Tel: 703-483-9600
Fax: 703-483-9599
bbeiramee@beiramee.com

John C. Lynch
Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel: 757-687-7765
Fax: 757-687-1504
john.lynch@troutmansanders.com
ethan.ostroff@troutmansanders.com

*Counsel for the Defendants*

               /s/
              Janelle E. Mason, VSB No. 82389
              *Counsel for the Plaintiffs*
              CONSUMER LITIGATION ASSOCIATES, PC
              1800 Diagonal Road, Suite 600
              Alexandria, VA  22314
              Tel: 703-273-7770
              Fax: 888-892-3512
              janelle@clalegal.com