

FILED
APR 19 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ERIC S. MOORE, *et al.*,
Plaintiffs,

v.   Civil No. 4:11cv122
     LEAD

SHAPIRO & BURSON, LLP,
Defendant.

---

SANDRA WATERS-LEVY
Plaintiff,

v.   Civil No. 4:12cv45

LAW OFFICES of SHAPIRO
& BURSON, LLP,
Defendant.

---

CHRISTIAN ANDRADE, *et al.*,
Plaintiffs,

v.   Civil No. 2:11cv523

SHAPIRO & BURSON, LLP,
Defendant.

---

## ORDER

Having reviewed Plaintiffs' Motion to Consolidate Cases [ECF 21], and the parties' briefing ordered by this Court and filed on March 30, 2012, it is hereby **ORDERED** that the above actions shall be assigned to the undersigned and shall be consolidated for pretrial and

settlement purposes only. All future pleadings shall be filed under the style *Moore, et al., v. Shapiro & Burson LLP*, Civil Action No. 4:11cv122-LEAD.

The following schedule is set in the consolidated actions:

1. **Deadline for Settlement Conference/Mediation – June 30, 2012**
2. **Consolidated Discovery Deadline – September 30, 2012**
3. **Summary Judgment Deadline – October 15, 2012**
4. **Trials: to be set by the Court after summary judgment motions are filed.**

Counsel are ordered to file Joint Status Reports every thirty days beginning on July 13, 2012. These reports shall advise the Court of the status of the mediation efforts.

The case *Akbar v. Law Offices of Shapiro & Burson, LLP*, E.D.Va. 1:11-cv-01195, which was transferred to the Newport News Division on April 4, 2012, by Order of the Honorable Claude M. Hilton, shall be reassigned to this Court. The question of whether that case should be consolidated with the above-consolidated actions is **RESERVED**. Plaintiffs shall file a Reply brief addressing Defendant's objections to consolidation of the *Akbar* action within twenty days of the date of this Order, and the Court shall resolve whether the case should be consolidated (or set for Rule 16 scheduling conference) after the Reply is filed, without further argument.

The Clerk is **DIRECTED** to forward copies of this Order to all counsel of record.

**IT IS SO ORDERED.**

April 19, 2012

Norfolk, Virginia

ARENDA L. WRIGHT ALLEN
UNITED STATES DISTRICT JUDGE